NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

v.

**FORD MOTOR COMPANY,**
*Cross-Appellant*

---

2017-1263, -1264, -1308, -1309, -1310, -1311, -1335, -1336

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00722, IPR2015-00784, IPR2015-00787, IPR2015-00790, IPR2015-00791, and IPR2015-00800.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than January 17, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31